## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRIS PORTIER, EDWARD SNELGROVE, ANTONIO BATHALA, JOHN TANSIL, JOSE RIVAS, REINALDO PEREZ, RICHARD PEASE, STEWART SCOLES, and MILTON MANZANO, on behalf of themselves and all others similarly situated, | Civil Action No.: 3:17-cv-30111-TSH |
| Plaintiffs, | |
| v. | |
| NEO TECHNOLOGY SOLUTIONS dba/ ONCORE HOLDINGS LLC, ONCORE MANUFACTURING, LLC, NATEL ENGINEERING COMPANY, INC., NEO TECH, INC., NEO TECH, NORTH AMERICA, and all other names used by NEO TECHNOLOGY SOLUTIONS | |
| Defendants. | |

### JOINT NOTICE OF FILING SETTLEMENT

The Parties jointly provide this Notice of Filing Settlement to the Court and state as follows:

1. The Parties previously provided Notice of Settlement to the Court. (Doc. 144).

2. In the recent status conference with Magistrate Judge Katherine A. Robertson, the Parties had indicated a belief that a motion for preliminary approval could by filed by March 4, 2002.

3. The Parties need extra time to facilitate the execution of the proposed settlement by all parties to the settlement.

4. The Parties provide this Notice that the motion for preliminary approval will be filed by Wednesday, March 9, 2022.

5. The Court has set a date of March 17, 2022 for a hearing on the motion for preliminary approval. The Parties do not seek a change in the hearing date and will be prepared for the motion be heard as scheduled.

Date: March 4, 2022

Respectfully Submitted,

*Attorneys for Plaintiffs*

/s/ *Francesca Kester*
Francesca Kester
Jean Sutton Martin
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
210 N. Franklin St., Suite 700
Tampa, FL 33602
Telephone: (813) 559-4908
Facsimile: (813) 222-4795
fkester@forthepeople.com
jeanmartin@ForThePeople.com

Kelly Hyman
THE HYMAN LAW FIRM, P.A.
2881 East Oakland Park Blvd.
Fort Lauderdale, FL 33308
Telephone: 954-315-1780
kellyhyman@thehymanlawfirm.com

*Attorneys for Defendants*

/s/ *Jay T. Ramsey*
JAY T. RAMSEY (pro hac vice)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
P. CRAIG CARDON (pro hac vice)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
ccardon@sheppardmullin.com
jramsey@sheppardmullin.com

JOHN P. BUEKER (BBO #636435)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617.951.7951
Facsimile: 617.235.0609
john.bueker@ropesgray.com
aliki.sofis@ropesgray.com

## NOTICE OF COMPLIANCE WITH L.R. 7.1

Plaintiffs hereby certify that in compliance with Local Rule 7.1, prior to the filing of this Notice, counsel for Plaintiffs conferred with counsel for Defendants. Defendants indicated that they join in submitting the Notice to the Court.

*/s/ Francesca Kester*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Francesca Kester*