IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRIS PORTIER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEO TECHNOLOGY SOLUTIONS dba/ ONCORE HOLDINGS LLC, ONCORE MANUFACTURING, LLC, NATEL ENGINEERING COMPANY, INC., NEO TECH, INC., NEO TECH, NORTH AMERICA, and all other names used by NEO TECHNOLOGY SOLUTIONS <br><br> Defendants. | Case No. 3:17-cv-30111-TSH |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS TO THE NAMED PLAINTIFFS**

Plaintiffs Edward Snelgrove, Antonio Batalha, John Tansil, Stewart Scoles, and Frank Roda, individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move the Court, without opposition and pursuant to Federal Rule of Civil Procedure 23, for the entry of an order: approving requested attorneys' fees and reimbursement of litigation expenses in the amount of $150,000.00, and approving Service Awards in the amount of $5,000.00 for each Class Representative.

The grounds for this motion are that the proposed settlement is within the necessary range of reasonableness to justify the granting of attorneys' fees and expenses, as well as service awards, and that the enormous efforts and time expended by Plaintiffs' Counsel and Plaintiffs themselves over the last nearly 5 years and the settlement achieved supports the granting of the attorneys' fees and expenses and service awards in the amounts requested. This motion is based

upon this Motion, the Memorandum of Law in Support, the accompanying declarations, the pleadings and papers on file in this action, and such oral argument and documentary evidence as may be presented at the hearing on this motion.

Dated: June 10, 2022                                    Respectfully Submitted,


                                    /s/ *Francesca Kester*
FRANCESCA KESTER
JEAN S. MARTIN
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 559-4908
jeanmartin@ForThePeople.com
fkester@forthepeople.com

KELLY HYMAN
**THE HYMAN LAW FIRM, P.A.**
515 North Flagler Drive
Suite P-300
West Palm Beach, Florida 33401
(561) 538-9050
kellyhyman@thehymanlawfirm.com


*Proposed Class Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on May 19, 2022, I caused the foregoing document to be filed electronically through the Court's CM/ECF System and served on all counsel of record.

*/s/ Francesca Kester*