## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Portier, et al.,

                        Plaintiffs,

        V.

NEO Technology Solutions, et al.,

                        Defendants,

CIVIL ACTION

NO. <u>17-30111-TSH</u>

## JUDGMENT

<u>Hillman  J.</u>

    In accordance with the Court's Order dated <u>  9/15/22  </u> granting motion for Final Approval of Class Action Settlement in the above-entitled action, it is hereby ORDERED:

                Judgment for the <u>   Plaintiffs   </u>

                                                          By the Court,

<u>    9/15/22               </u>                          <u>/s Martin Castles  </u>
          Date                                                    Deputy Clerk